**Valerie Y. LANGFORD, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3194.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

ON MOTION

*ORDER*

Valerie Y. Langford moves to voluntarily dismiss her appeal. Upon consideration thereof,

IT IS ORDERED THAT:

(1) Langford's motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**Dwayne E. FOSTER, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3198.

United States Court of Appeals, Federal Circuit.

May 30, 2008.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.